UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDI LEE,

    Plaintiff,

v.

WELLPATH CORPORATION, et al.,

    Defendants.

_____/

Case No. 2:24-cv-39

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date,

**IT IS ORDERED** that Defendants' objections to the R&R (ECF No. 36) are **SUSTAINED**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 34) is **ADOPTED IN PART** and **REJECTED IN PART**. The report and recommendation is adopted with respect to the constitutional claims against Defendants Hayes, Ricketts, Lightfoot, and Thompson; those claims remain in this case.

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. § 1983 claim against Chippewa County is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's gross negligence claims against Undersheriff Hough and Deputy Sheriffs Flesch, Hall, Lawler, Ronald, and Spencer are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's intentional infliction of emotional distress claims against Undersheriff Hough and Deputy Sheriffs Flesch, Hall, Lawler, Ronald, and Spencer are **DISMISSED WITHOUT PREJUDICE**.

2

**IT IS FURTHER ORDERED** that Plaintiff shall **FILE** proof of service for Defendants Kinsella, Abruscato, Curtis, Hyvarinen, Whitenberg, Folkersma, Bumstead, and Barber within seven (7) calendar days of this Order and **SHOW CAUSE** as to why the Court should not dismiss these defendants under Rule 4(m).

Dated: July 28, 2025                    /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE