UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDI LEE,

     Plaintiff,

                                  Case No. 2:24-cv-39

v.

                                    Hon. Hala Y. Jarbou

WELLPATH CORP., et al.,

     Defendants.

_____/

### **ORDER**

On December 10, 2025, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 42) that the Court grant Defendant Wellpath's unopposed motion to dismiss this case due to Wellpath's bankruptcy.  No parties have filed objections to the R&R, and the deadline for doing so has passed.  The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 42) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Wellpath's motion to dismiss (ECF No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Wellpath are **DISMISSED**.

A judgment will issue in accordance with this Order.

Dated: January 6, 2026              /s/ Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE